UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

IN RE:                                             CASE NO. 16 B 06471
                                                   CHAPTER 13
DONALD W BROMLEY
BETTY A BROMLEY                                    JUDGE JANET S BAER

          DEBTORS                                  **NOTICE OF FINAL CURE PAYMENT**

Pursuant to Federal Rule of Bankruptcy Procedure 3002.1(f), the Chapter 13 Trustee, TOM VAUGHN files this Notice of Final Cure Payment. The amount required to cure the default in the claim listed below has been paid in full.

**Name of Creditor:** WELLS FARGO CARD SERVICES

**Final Cure Amount**

| Court Claim # | Claim ID | Account Number | Claim Asserted | Claim Allowed | Amount Paid |
|---|---|---|---|---|---|
| 3 | 24 | XXXXXX8827 | $2,612.65 | $2,612.65 | $2,612.65 |
| Total Amount Paid by Trustee | | | | | $2,612.65 |

**Monthly Ongoing Mortgage Payment**

Mortgage is Paid:

___ Through the Chapter 13 Conduit          **X** Direct by the Debtors

Within 21 days of the service of the Notice of Final Cure Payment, the creditor MUST file and serve a Statement as a supplement to the holder's proof of claim on the Debtors, Debtors' Counsel and the Chapter 13 Trustee, pursuant to Fed.R.Bank.P.3002.1(g), indicating 1) whether it agrees that the Debtors have paid in full the amount required to cure the default on the claim; and 2) whether the Debtors are otherwise current on all payments consistent with 11 U.S.C. § 1322(b)(5).

The statement shall itemize the required cure or post-petition amounts, if any, that the holder contends remain unpaid as of the date of the statement. The statement shall be filed as a supplement to the holder's proof of claim and is not subject to Rule 3001(f). Failure to notify may result in sanctions.

CASE NO. 16-06471-JSB

# CERTIFICATE OF SERVICE

I certify under penalty of perjury that this office caused a copy of this notice to be delivered to the persons named above by U.S. mail at 55 E. MONROE STREET, SUITE 3850, CHICAGO, IL  60603 or by the methods indicated on this 6th day of January, 2017.

Debtor:  
DONALD W BROMLEY  
BETTY A BROMLEY  
3510 W PALMER ST #1W  
CHICAGO, IL  60647  

Attorney:  
KONSTANTINE SPARAGIS  
900 W JACKSON #4E  
CHICAGO, IL  60607  
via Clerk's ECF noticing procedures  

Creditor:  
WELLS FARGO CARD SERVICES  
1 HOME CAMPUS 3RD FL  
DES MOINES, IA  50328  

Mortgage Creditor:  
ANSELMO LINDBERG OLIVER  
1771 W DIEHL RD #120  
NAPERVILLE, IL  60563  

Creditor:  
WELLS FARGO BANK NA  
3476 STATEVIEW BLVD  
MAC D3347 014  
FORT MILL, SC  29715  

ELECTRONIC SERVICE - United States Trustee

Date:  January 06, 2017

/s/ TOM VAUGHN  
TOM VAUGHN  
CHAPTER 13 TRUSTEE  
55 E. MONROE STREET, SUITE 3850  
CHICAGO, IL  60603